**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CENTRAL TRANSPORT** | : | NO. 1:04-CV-2163 |
| **INTERNATIONAL, INC.,** | : | |
| **Plaintiff and** | : | |
| **Counterclaim Defendant** | : | |
| | : | |
| **v.** | : | (Judge Conner) |
| | : | |
| **TBB GLOBAL LOGISTICS, INC.,** | : | |
| **Defendant and** | : | |
| **Counterclaim Plaintiff** | : | |

## ORDER

AND NOW, this 22nd day of August, 2005, following a telephone conference with counsel of record in the above-captioned action, and upon agreement of the same, it is hereby ORDERED that the deposition of Mr. Jovan Jovanoski, Vice President of Marketing for plaintiff Central Transport International, Inc., shall commence at 11:00 a.m. on Wednesday, August 24, 2005, at the law offices of Buchanan Ingersoll, One South Market Square, 213 Market Street, Harrisburg, Pennsylvania.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
