# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CENTRAL TRANSPORT INTERNATIONAL, INC.,** | : | CIVIL ACTION NO. 1:04-CV-2163 |
| | : | (Judge Conner) |
| **Plaintiff** | : | |
| v. | : | |
| **TBB GLOBAL LOGISTICS, INC.,** | : | |
| **Defendant** | : | |

## **O R D E R**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge

Dated:   September 12, 2006